UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BARTEK SCALLA,<br><br>   Defendant. | CASE NO. 3:16-CR-00361 TEH<br><br>[~~PROPOSED~~] ORDER OF DETENTION |

On August 16, 2016, Defendant Bartek Scalla was charged by federal indictment with twelve counts of distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), one count of conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846, one count of possession of an unregistered firearm in violation of 26 U.S.C. § 5861(d), and one count of manufacture and possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii). Defendant made an initial appearance on August 17, 2016, and on August 19, 2016, the matter came before the Court for a detention hearing. Defendant was present and represented by James Bustamante. Assistant United States Attorney Michael Maffei appeared for the Government.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing. The Government moved for detention, and Defendant opposed.

Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. The Court does not find by a preponderance of the evidence that Defendant is a flight risk. Accordingly, Defendant is ordered detained pending trial.

This order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of the community. The record demonstrates that first, Defendant was out of custody on his still-pending state court case when he allegedly committed the offenses charged in this case. Second, Defendant stands charged with purchasing a firearm and a silencer, and a silencer is particularly dangerous. Third, the record also demonstrates that law enforcement agents, in executing a prior state court search warrant, found a gun and a bullet proof vest in Defendant's residence. All these facts demonstrate that no condition or combination of conditions will reasonably assure the safety of the community. These findings are made without prejudice to Defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Bartek Scalla be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant Scalla be afforded reasonable opportunity for private consultation with counsel; and

//
//
//
//
//

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver Defendant Scalla to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: August 20, 2016

HON. JOSEPH C. SPERO
United States Chief Magistrate Judge