1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7246
7      Fax: (415) 436-7207
       Email:  Michael.Maffei@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  CASE NO. CR 16-00361 TEH
                                         )
14        Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
                                         )  CONTINUING THE CASE AND EXCLUDING
15     v.                                )  TIME FROM OTHERWISE APPLICABLE
                                         )  SPEEDY TRIAL ACT CALCULATION
16  BARTEK SCALLA,                       )
    A/K/A BARTEK SKWIRA,                 )
17                                       )
        Defendant.                       )
18  _____)

19
                                    **STIPULATION**
20

21        IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22        1.      The parties have been in discussions regarding a resolution of this case.  Additionally, the

23  government recently provided the defense with new discovery, specifically, transcripts of recorded

24  interviews of the defendant.

25        2.      Accordingly, the parties respectfully request that the Court vacate the currently scheduled

26  change of plea or trial setting date of Monday, June 19, 2017, and re-set the matter for a change of plea

27  or trial setting date for Monday, July 10, 2017 at 2:30 p.m., with the understanding that the parties are

28  also submitting a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to July 10, 2017 at 2:30 p.m. for a change of plea or trial setting, and respectfully submit and agree that the period from June 19, 2017 through and including July 10, 2017 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow Mr. Scalla's attorney to review the discovery in this case.

IT IS SO STIPULATED.

DATED: June 16, 2017
BRIAN J. STRETCH
United States Attorney

/s/
MICHAEL MAFFEI
Assistant United States Attorney

DATED: June 16, 2017

/s/
JAMES BUSTAMANTE
Counsel for the Defendant

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from June 19, 2017 through and including July 10, 2017 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//
//
//
//

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on Monday, July 10, 2017 at 2:30 p.m. for a change of plea or trial setting.

2. The period from June 19, 2017 through and including July 10, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 6/16/17

HON. THELTON E. HENDERSON
United States Senior District Judge